# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Yakub, <u>et al.</u>, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Washington Metropolitan Area Transit | ) |
| Authority, | ) |
| | ) |
| Defendant. | ) |

_____)

_____

| | |
|---|---|
| Jenkins, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Washington Metropolitan Area Transit | ) |
| Authority ("WMATA") | ) |
| | ) |
| and | ) |
| | ) |
| Alstom Signaling, Inc., | ) |
| | ) |
| Defendants. | ) |

_____)

Civil Action No. 09-1152 (RBW)
Civil Action No. 09-1228 (RBW)
Civil Action No. 09-1231 (RBW)
Civil Action No. 09-1374 (RBW)
Civil Action No. 09-1442 (RBW)
Civil Action No. 09-1488 (RBW)
Civil Action No. 09-1514 (RBW)
Civil Action No. 09-1609 (RBW)
Civil Action No. 09-1706 (RBW)
Civil Action No. 09-1721 (RBW)
Civil Action No. 09-1762 (RBW)
Civil Action No. 09-1774 (RBW)
Civil Action No. 09-1834 (RBW)
Civil Action No. 09-1993 (RBW)
Civil Action No. 09-2061 (RBW)
Civil Action No. 09-2062 (RBW)
Civil Action No. 09-2171 (RBW)
Civil Action No. 10-0251 (RBW)

| | |
|---|---|
| _____ | ) |
| Amari Danielle Washington, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Washington Metropolitan Area Transit | ) |
| Authority ("WMATA") | ) |
| | ) |
| and | ) |
| | ) |
| Alstom Signaling, Inc., | ) |
| | ) |
| and | ) |
| | ) |
| Ansaldo STS USA, Inc., | ) |
| | ) |
| Defendants.[1] | ) |
| _____ | ) |

## ORDER[2]

In accordance with the Court's oral rulings issued at the status conference on March 29,

2010, it is hereby

**ORDERED** that the plaintiffs' oral motion to amend their Complaint to include ARINC,

Inc., as an additional defendant in the case is **GRANTED**.  It is further

**ORDERED** that all cases arising out of the subject of these lawsuits are consolidated for

discovery and all discovery issues and disputes will be addressed by Magistrate Judge John

---

[1]  Currently, there are three named defendants, WMATA, Alstom Signaling, and Ansaldo, that have claims filed against them in this matter, however, as of March 5, 2010, all of the plaintiffs have not filed claims against each of the defendants.  Accordingly, some of the plaintiffs have filed claims against WMATA only, while others have filed claims against both WMATA and Alstom Signaling, and others have filed claims against all three defendants.

[2]  Any parties named in any additional cases arising out of the June 22, 2009 accident that is the subject of the above captioned cases will be equally subject to this Order.

Facciola, unless otherwise directed by this Court.

      **SO ORDERED** this 31st day of March, 2010.

                                 REGGIE B. WALTON
                                 United States District Judge